

November 11, 2022

Mr. Kombe Sefelino



WRITTEN WARNING: Violation of New Jersey Law Against Discrimination

Mr. Sefelino:

I have received complaints regarding you prophesizing about gay people going to hell. We believe your statements represent hate speech and that you have demonstrated a bias against the LGBQT+ community. Dean Caffie has issued a written warning to you about violations of the Student Code of Conduct related to this matter.

As the College's Compliance Officer, I am responsible for assuring that the College's administrators, employees, and students comply with college policies and State and Federal laws. The (1) topic and tenor of your prophesizing (both by raised voice and by bull horn), (2) you are asking CCM community members if they are homosexual and (3) you are announcing they are going to hell; all represent a bias against the LGBQT+ community. As such, your behavior violates the New Jersey Law Against Discrimination (NJLAD).

If you are unfamiliar with this law, a flyer is attached. Both Number 1 and 3 discuss prohibiting discrimination and harassment based on perceived or actual gender, sexual orientation, gender identity or expression, etc.  Further, the law states that if someone is subjected to bias-based harassment, that person experiences a hostile environment. In the complaints we have received, the hostile environment has been created when you have been in the center of our campus prophesizing about "homosexuals going to hell."

An employer is required to take reasonable steps to stop harassment. Here are the steps CCM has taken to stop harassment and create a bias-free environment:

- CCM Equity Statement
- Implicit Bias Training
- Training for staff and students on Discrimination, Sexual Harassment and Title IX
- The Campus Wellness Center promotes a Safe Space program.

Page 2

- Safe Space Training
- Ally Training
- Student and Employee Codes of Conduct and Anti-Discrimination policies

I emphasize that my role is to protect the institution and our administrators, employees, and students. We will no longer tolerate behavior that aims to target a protected group, which is contrary to our culture and/or which harms members of the CCM Community. There is simply no place on this campus for bias against any individual or group of individuals based on their protected class status. Further complaints against you for demonstrating biased behavior will result in a recommendation to Dean Caffie to begin Student Code of Conduct proceedings with the intention of lawfully removing you as a student.

We accept everyone here. There is no place for bias at CCM. You should think hard about whether this is the best environment for you.

Sincerely,

*Vivyen J. Ray*

Vivyen Ray, SHRM-SCP
Vice President, Human Resources and Labor Relations
County College of Morris
214 Center Grove Road
Randolph, NJ 07869
(V) 973-328-5039

Attachments:
- New Jersey Law Against Discrimination
- Complaints against K. Sefelino

Cc: Janique Caffie, Dean of Students