Dean of Student Office
Student Community Center, Room 132
973.328.5170
dsd@ccm.edu

November 29, 2022

Mr. Kombe Sefelino
███████████████████████
███████████████████████

Dear Kombe,

This notice serves as official notification of your violating the conditions set forth in the **letter of warning** dated November 10, 2022. The violation occurred on Monday, November 28, 2022 in which the Office of Public Safety received a complaint that alleges you were observed preaching hate speech on campus in reference to homosexuality and homosexuals. This is in direct violation of the written warning:

- a. Hate speech is not acceptable language. The college received complaints from students, staff and faculty that you targeted homosexuals, which is a protected class of people. Operating under a student club – Campus Christian Fellowship – does not give you the right to spread hate towards any individual or group of people. If you are not able to spread your message in a manner that supports the mission of CCM, you will face further disciplinary charges that may include suspension or expulsion.

Because of your actions on Monday, November 28, a weeklong suspension (Nov. 28th thru Dec. 8th) is being imposed for continued violation of CCM's Student Code of Conduct policy. While on suspension you may not be on campus to attend classes, participate in campus events nor use any campus facilities. If found on campus during the suspension period, you will be considered a trespasser and the College will work with local authorities to remove from the campus. In addition, you will face further disciplinary sanctions per the Student Code of Conduct policy.

Should you wish to appeal your suspension you may do so in writing per the Student Code of Conduct guidelines. Your written appeal must be submitted to me within five days receipt of this letter.

Sincerely,

Janique Caffie
Dean of Students