# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY



**CHAMBERS OF**
**JULIEN X. NEALS**
**UNITED STATES DISTRICT JUDGE**

**MARTIN LUTHER KING BLDG.**
**& U.S. COURTHOUSE**
**50 Walnut Street**
**Newark, NJ 07102**
**(973) 645-6042**

March 23, 2023

**VIA ECF**

TO ALL COUNSEL OF RECORD

### LETTER ORDER

Re: **SEFELINO v. COUNTY COLLEGE OF MORRIS,** *et al*
Civil Action No. 23-01595 (JXN) (LDW)

Dear Counsel,

The Court is in receipt of Plaintiff's motion for reconsideration. (ECF No. 6.). In light of the same, the Court orders as follows:

1. Plaintiff Kombe Sefelino shall serve one copy of this Order and all materials submitted in support of the Motion for Order to Show Cause, the Motion for Reconsideration, together with the Summons and Complaint in this action, upon Defendants County College of Morris, Janique Caffie, and Vivyen Ray by hand delivery on or before **4:00 pm March 23, 2023**, and that such service shall constitute effective service of process of said documents as to all Defendants. Counsel shall file proof of service with the Court via CM/ECF.

2. The briefing schedule for Plaintiff's motion for reconsideration (ECF No. 9) is as follows:

    a. Defendants shall file any brief(s) in opposition on or before March 30, 2023;

    b. Plaintiff shall file any brief(s) in reply on or before April 4, 2023.

Should the Court require a hearing to resolve any of the issues raised, one shall be scheduled for a time and date to be determined.

**IT IS SO ORDERED.**

**s/ Julien Xavier Neals**
**JULIEN XAVIER NEALS**
**United States District Judge**

**cc: All counsel of record (via ECF)**