UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK VICINAGE

**Kombe Sefelino,**

        Plaintiff,

v.

**County College of Morris**, et al.

        Defendants.

Case No. 2:23-cv-01595-JXN-LDW

**Declaration of Janique Caffie**

I, Janique Caffie, being of full age, do hereby declare as follows:

1. I am the Dean of Students at the County College of Morris (hereinafter referred to as "CCM", and I have held this position for 18 years since 2004.

2. On or about March 21, 2023, an incident occurred on the CCM campus which resulted in Mr. Sefelino being escorted off campus property and asked not to return until he had a conversation with me.

3. At no point in time did I place any restriction on when that meeting could occur.

4. As of March 30, 2023, Mr. Sefelino is permitted to return to campus at CCM for any lawful purpose as a student of the County College of Morris

This concludes my sworn statement. I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted.

Dated: March 30, 2023

_____
Janique Caffie
Dean of Students,
County College of Morris