UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK VICINAGE

| | |
|---|---|
| **Kombe Sefelino**, <br><br> Plaintiff, <br><br> v. <br><br> **County College of Morris**, et al. <br><br> Defendants. | Case No. 2:23-cv-01595-JXN-LDW <br><br> **CERTIFICATION OF COUNSEL** |

I, R. Scott Fahrney, Esq., being of full age, do hereby declare as follows:

1. I am an attorney at law, and a partner with the law firm of DeCotiis, FitzPatrick, Cole & Giblin, LLP, it was assigned to represent defendants, County College of Morris, and the County of Morris, as special counsel to the County of Morris, with regard to the above captioned matter.

2. On March 30, 2023, I caused to be sent to plaintiff's counsel, a letter which was authorized by the defendants stating that "effective immediately, March 30, 2023, your client, Mr. Kombe Sefelino, is permitted to return to the County College of Morris campus for any lawful purpose."

3. Attached hereto as exhibit A is a true and complete copy of my correspondence dated March 30, 2023 to plaintiff's counsel.

I hereby firm that the foregoing statements made by me are true. If the following statements made by me are willfully false, I may be subject to punishment.

Respectfully submitted.

Dated: March 30, 2023

R. Scott Fahrney, Esq.,
DeCotiis, FitzPatrick, Cole & Giblin, LLP
Special County Counsel
County of Morris
Attorneys for Defendants County College of Morris, and County of Morris

# Exhibit A



------ LAW OFFICES ------
**DeCotiis, FitzPatrick, Cole & Giblin, LLP**

61 SOUTH PARAMUS ROAD, SUITE 250
PARAMUS, NEW JERSEY 07652
_____

TELEPHONE: (201) 928-1100
TELEFAX:     (201) 928-0588

PARSIPPANY OFFICE:
90 E. HALSEY RD., SUITE 385
PARSIPPANY-TROY HILLS, NJ 07054

WWW.DECOTIISLAW.COM

R. SCOTT FAHRNEY, ESQ.
SFAHRNEY@DECOTIISLAW.COM
201.347.2146
REPLY TO: PARAMUS OFFICE

March 30, 2023

**Via Email - wally@zimolonglaw.com**
Wally Zimolong, Esquire
Zimolong Law LLC
353 West Lancaster Avenue,
Suite 300,
Wayne, PA 19087

    Re:    Kombe Sefelino v. County College of Morris
             Docket No.: 2:23-cv-01595-JXN-LDW

Dear Mr. Zimolong;

    As you may be aware, this office has been assigned to represent the County College of Morris, by way of the County of Morris, with regard to the above captioned matter.

    Please be advised that effective immediately, March 30, 2023, your client, Mr. Kombe Sefelino, is permitted to return to the County College of Morris campus for any lawful purpose.

    I thank you for your time and attention to this matter. Should you have any questions or concerns, please do not hesitate to contact our office.

                        Very Truly Yours,

                        R. Scott Fahrney, Esq.,

Cc:
Justin Marchetta, Esq., via e-mail
Richard Flaum, Esq., via e-mail
Jonathan F. Mitchell, Esq., via e-mail
James Fitzpatrick, Esq., via e-mail
Nicholas Berry, Esq., via e-mail