

------ LAW OFFICES ------
# DECOTIIS
### DeCotiis, FitzPatrick, Cole & Giblin, LLP

61 SOUTH PARAMUS ROAD, SUITE 250
PARAMUS, NEW JERSEY 07652
_____
TELEPHONE: (201) 928-1100
TELEFAX:    (201) 928-0588

PARSIPPANY OFFICE:
90 E. HALSEY RD., SUITE 385
PARSIPPANY-TROY HILLS, NJ 07054

WWW.DECOTIISLAW.COM

R. SCOTT FAHRNEY, ESQ.
SFAHRNEY@DECOTIISLAW.COM
201.347.2146
REPLY TO: PARAMUS OFFICE

March 30, 2023

**Via Email - wally@zimolonglaw.com**
Wally Zimolong, Esquire
Zimolong Law LLC
353 West Lancaster Avenue,
Suite 300,
Wayne, PA 19087

      Re:    Kombe Sefelino v. County College of Morris
                Docket No.: 2:23-cv-01595-JXN-LDW

Dear Mr. Zimolong;

    As you may be aware, this office has been assigned to represent the County College of Morris, by way of the County of Morris, with regard to the above captioned matter.

    Please be advised that effective immediately, March 30, 2023, your client, Mr. Kombe Sefelino, is permitted to return to the County College of Morris campus for any lawful purpose.

    I thank you for your time and attention to this matter. Should you have any questions or concerns, please do not hesitate to contact our office.

                                Very Truly Yours,

                                R. Scott Fahrney, Esq.,

Cc:
Justin Marchetta, Esq., via e-mail
Richard Flaum, Esq., via e-mail
Jonathan F. Mitchell, Esq., via e-mail
James Fitzpatrick, Esq., via e-mail
Nicholas Berry, Esq., via e-mail